

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

THOMAS MILTON BUCHANAN, JR., § No. 08-16-00072-CR
a/k/a MILTON BUCHANAN,

§ Appeal from the

Appellant,

§ 450th District Court

v.

§ of Travis County, Texas

THE STATE OF TEXAS,

§ (TC# D-1-DC-14-201975)

Appellee.

§

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF OCTOBER, 2017.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.